**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

KAREN WORCESTER,   CASE NO.: 8:16-cv-00246-SCB-TBM

    Plaintiff,

vs.

OCWEN LOAN SERVICING, LLC,

    Defendant.
_____/

**NOTICE OF ISSUANCE OF SUPREME COURT'S DECISION IN**
***SPOKEO, INC. V. ROBINS*, 135 S. Ct. 1892 (Apr. 27, 2015) (No. 13-1339)**

Plaintiff, KAREN WORCESTER ("Plaintiff"), by and through undersigned counsel, and pursuant to this Court's Order Granting Defendant's Motion to Stay [Doc. No. 20], hereby files this Notice of Issuance of Supreme Court's Decision in *Spokeo, Inc. v. Robins*, 135 S. Ct. 1892 (Apr. 27, 2015) (No. 13-1339), and attaches a copy of the decision hereto as Exhibit "A."

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 26th day of May, 2016, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

    /s/ Christopher W. Boss
    Christopher W. Boss, Esq.
    FL Bar No.: 13183
    Boss Law
    Service Email: CPservice@protectyourfuture.com
    9887 4th Street N., Suite 202
    St. Petersburg, FL 33702
    Phone: (727) 471-0039
    Fax: (727) 471-1206